918

William T. PORDY and Carberry Corporation, Plaintiffs–Appellants,

v.

LAND O'LAKES, INC., Defendant–Cross Appellant.

Nos. 05–1548, 05–1573.

United States Court of Appeals, Federal Circuit.

Sept. 8, 2006.

Before LOURIE, Circuit Judge, PLAGER, Senior Circuit Judge and RADER, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

SOOTHSOFT INNOVATIONS WORLD-WIDE, INC. (formerly known as Maverick Marketing Ventures, Inc.), Eric D. Stanley and Kirk A. Stanley, Plaintiffs–Appellees,

v.

K & H MANUFACTURING, INC., Defendant–Appellant,

and

Petsmart, Inc., Drs. Foster & Smith, Inc., Pet Streetmall (doing business as petstreetmall.com) Petsupplies4less.com The Pampered Pet Mart (doing business as ThePamperedPetMart.com), Faithful Pet Products, Manitou Marketing, Inc. (doing business as TotalPetComfort.com), Jeffers Pet (doing business as jefferspet.com), Dressler's Dog Supplies (doing business as dresslersdog.com), J–B Wholesale Pet Supplies, Inc. (doing business as jbpet.com), Lambriar Animal Health Care (doing business as lambriarvet.com), Pickled Herring, Inc. (doing business as petronic.com), Care–A–Lot Pet Supply (doing business as carealotpets.com), as Websales Corporation (doing business as buypetbeds.com) and That Fish Place–That Pet Place (doing business as *www.thatpetplace.com*), Defendants.

No. 06–1036.

United States Court of Appeals, Federal Circuit.

Sept. 8, 2006.

Before LOURIE, Circuit Judge, PLAGER, Senior Circuit Judge, and RADER, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED: